JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FARAMARZ ZAHEDI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-01936-FMO (SHK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Complaint,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: 7/28/2020　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　United States District Judge